IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NINKASI HOLDING COMPANY, INC., an Oregon corporation; and NINKASI BREWERY, LLC, an Oregon limited liability company<br><br>        Plaintiffs,<br><br>  v.<br><br>NUDE BEVERAGES, INC., a Colorado corporation; and MXM BEVERAGES LTD., doing business as NUDE BEVERAGES CO., a Canadian corporation,<br><br>        Defendants. | Civ. No. 6:21-cv-01592-MK<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 26), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

      I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted in full. Defendant MXM's Motion to Dismiss, ECF No. 9, is DENIED without prejudice. The parties are ordered to conduct limited discovery on the issue of whether the Court has personal jurisdiction over MXM.

1 –ORDER

IT IS SO ORDERED.

     DATED this 18th day of July, 2022.

                                                            /s/ Michael J. McShane
                                                              Michael McShane
                                            United States District Judge

2 –ORDER