IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NINKASI HOLDING COMPANY, INC., *an Oregon corporation; and* NINKASI BREWERY, LLC, *an Oregon limited liability company*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NUDE BEVERAGES, INC., *a Colorado corporation; and* MXM BEVERAGES LTD., *doing business as* NUDE BEVERAGES CO., *a Canadian corporation*,<br><br>        Defendants. | Civ. No. 6:21-cv-01592-MK<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 55), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendants did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 55) is adopted. Defendant MXM's Motion to Dismiss (ECF No. 38) is DENIED and Plaintiffs' Motion for Partial Summary Judgment (ECF No. 43) is DENIED.

IT IS SO ORDERED.

1 –ORDER

DATED this 17th day of July, 2023.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER