IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NINKASI HOLDING COMPANY, INC., an Oregon corporation; and NINKASI BREWERY, LLC, an Oregon limited liability company,<br><br>            Plaintiffs,<br>    v.<br><br>NUDE BEVERAGES, INC. a Colorado corporation; and MXM BEVERAGES LTD., doing business as NUDE BEVERAGES CO., a Canadian corporation,<br><br>            Defendants.<br>_____ | Civ. No. 6:21-cv-1592-MK<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#75), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#75) is adopted. Plaintiffs' motion for partial summary judgment (#64) is DENIED.

IT IS SO ORDERED.

    DATED this 9th of May, 2024.

                                    _/s/ Michael J. McShane_____
                                            Michael McShane
                                        United States District Judge

1 – ORDER